IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TROY WEST,

    Plaintiff,

v.

GUNDERSON HEALTH SYSTEM
(GUNDERSEN LUTHERAN MEDICAL
CENTER),

    Defendants.

ORDER

Case No. 25-cv-486-jdp

---

TROY WEST,

    Plaintiff,

v.

LA CROSSE COUNTY STATE'S
ATTORNEY OFFICE, et al.

    Defendants.

ORDER

Case No. 25-cv-487-jdp

---

From the amended affidavit of indigency plaintiff Troy West has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing these actions or to give security therefor.

IT IS ORDERED that:

1. Plaintiff Troy West's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in these cases until the court has screened the complaints pursuant to 28 U.S.C. § 1915 to determine whether either of the cases must be

dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 27th day of June, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge